UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
11-1-2010
NOV -1 2010 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

John C. Justice, )
    Plaintiff )
)
v. ) 10 C 05331
)
THE TOWN OF CICERO, ILLINOIS, ) Judge Matthew Kennelly
and ) Magistrate Judge Jeffrey T. Gilbert
LARRY DOMINICK, Town President, )
    Defendants )

## STATEMENT OF ACCEPTANCE

NOW COMES THE PLAINTIFF, in propria persona, and states that he has received the Defendants' Motion to Dismiss with the accompanying exhibits, but he will be unable to be present at Counsel's presentation of the Motion, because he will be in Tennessee voting in the election on that date, and other than Counsel's appearing and agreeing that she has filed the Motion, the Plaintiff asks that there be no argument or discussion of the merits of either the Complaint or the Motion to Dismiss.

Plaintiff requests a long date for a reply to the Motion to Dismiss and that a date that will be mutually agreeable be set for a status hearing or argument.

Respectfully submitted,

*[signature: John C. Justice]*

John C. Justice, *in propria persona*
1699 S. 55th Avenue
Cicero, Illinois 60804
708-656-3250
FAX - 6049

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| John C. Justice,<br>Plaintiff | ) | |
| v. | ) | 10 C 05331 |
| THE TOWN OF CICERO, ILLINOIS,<br>and<br>LARRY DOMINICK, Town President,<br>Defendants | ) | Judge Matthew Kennelly<br>Magistrate Judge Jeffrey T. Gilbert |

FILED
11-1-2010
NOV -1 2010 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF FILING**

TO: K. Austin Zimmer
Holly L. Tomchey (ARDC #6270740)
DEL GALDO LAW GROUP, LLC
1441 S. Harlem Avenue
Berwyn, Illinois 60402

Notice is hereby given that I have filed with the Clerk of the Court the attached Motion because I cannot be present at the hearing set at the date and time for which you have filed.

John C. Justice

CERTIFICATE OF SERVICE

I, John C. Justice, a non-attorney gave notice by telephone on the date when I received Defendants' Motion to Dismiss, and herewith confirm that I will be unable to be present at the November 2 hearing.

John C. Justice, *in propria persona*
1699 S. 55th Avenue
Cicero, IL 60804
708-656-3250
FAX - 6049